May Term, 1850.

CUMMINGS
v.
PARKS.

*J. L. Ketcham* and *A. J. Stephens*, for the plaintiff.

*O. H. Smith*, for the defendant.

CUMMINGS *v.* PARKS.—In Error.

*CUMMINGS* sued *Parks* for malicious prosecution. Plea, not guilty. There are some special pleas, but they need not be further noticed.

Verdict and judgment for the defendant.

*Held*, that as the plaintiff gave no evidence of the

want of probable cause, the verdict must, therefore, be right. *Adams* v. *Lisher*, 3 Blackf. 445.

The judgment is affirmed with costs.

*A. A. Hammond* and *J. H. Bradley*, for the plaintiff.